UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID BRENNAN, <br><br> Plaintiff, <br><br> v. <br><br> CEPHALON, INC. ET AL., <br><br> Defendants. | Civil Action No. 04-3241 (NLH) <br><br> ORDER |

**APPEARANCES:**

Mario A. Iavicoli, Esq.
43 Kings Highway West
Haddonfield, NJ 08033
*Attorney for Plaintiff David Brennan*

Michael J. Eagles, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
*Attorney for Defendant Cephalon, Inc.*

**HILLMAN**, District Judge

   For the reasons expressed in the Court's Opinion filed on this date,

   **IT IS HEREBY ORDERED** on this 8th day of May, 2007, that Defendant Cephalon, Inc.'s motion for summary judgment to dismiss plaintiff's complaint is **GRANTED**.

                                    s/ Noel L. Hillman
                                    NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey